**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY GEEGAN,

      Plaintiff(s),

vs.

CITY OF OAKLAND, et al.,

      Defendant(s).

No. C 06-2569 MEJ

**ORDER REFERRING PARTIES TO MEDIATION**

Pursuant to the parties' stipulation and request the above entitled matter is hereby referred to Mediation. The parties are given 120 days to complete the process.

**IT IS SO ORDERED.**

Dated: July 31, 2006

MARIA-ELENA JAMES
United States Magistrate Judge