UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEEGAN, et al.

    Plaintiffs,

v.

CITY OF OAKLAND, et al.

    Defendants.
_____/

No. C 06-2569 MEJ

**ORDER EXCUSING ELEVEN POLICE OFFICER DEFENDANTS FROM APPEARING AT NOVEMBER 14, 2006, MEDIATION**

    Having reviewed and considered defendants' letter, dated September 15, 2006, regarding a mediation in this matter set for November 14, 2006, the Court hereby GRANTS the request that eleven Oakland police officer defendants be excused from appearing at the mediation. Accordingly, the party representatives who must appear at the mediation are: all plaintiffs; Officers Patterson, Bergeron, Rivera, and Espinoza; and a deputy chief of police.

Dated: September 19, 2006

*/s/ Wayne D. Brazil*

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
    All parties, WDB, stats
    MEJ, ADR, neutral.