JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising City Atty., SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520, Fax: (510) 238-6500
Email: wesimmons@oaklandcityattorney.org
X02833:389046

Attorneys for Defendants,
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN; ROBERT GEEGAN; JENNIFER LAWSON; DENNIS THOMPSON; Jr.; DANIEL THOMPSON; JOSH MCBRIDE; and LARRY WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C06-02569 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEDIATE** |

Plaintiffs RANDY GEEGAN, et al. and Defendants CITY OF OAKLAND, et al., by and through their respective counsel of record, agree and stipulate as follows:

The currently scheduled mediation date, November 14, 2006, does not allow time to undertake sufficient discovery such that the parties can meaningfully assess their positions prior to mediation.

Accordingly, the parties agree, stipulate and request that the 90 day mediation period be extended to allow mediation to be conducted on January 10, 2007.

Nov 08 06 04:34p JOHN BURRIS 510 839 3882 p.2
Case 3:06-cv-02569-MEJ Document 33 Filed 11/15/06 Page 2 of 2
11/08/2006 15:39 5102386500 PAGE 03/03

DATED: November __, 2006

LAW OFFICE OF JOHN L. BURRIS

By: _____
BEN NISENBAUM
Attorney for Plaintiffs
RANDY GEEGAN, et al.

DATED: November __, 2006

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney

By: _____
Attorneys for Defendants,
CITY OF OAKLAND, et al.

### ORDER

Pursuant to the parties' stipulation and for good cause, the time to mediate this matter is extended to allow mediation to be conducted on January 10, 2007.

DATED: 11-14-06

_____
UNITED STATES MAGISTRATE JUDGE

