JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising City Atty., SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520, Fax: (510) 238-6500
Email: wesimmons@oaklandcityattorney.org
X02833:391287

Attorneys for Defendants,
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN; ROBERT GEEGAN; JENNIFER LAWSON; DENNIS THOMPSON; Jr.; DANIEL THOMPSON; JOSH MCBRIDE; and LARRY WALLACE, <br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　　Defendants. | Case No. C06-02569 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERT DISCLOSURE AND DISCOVERY |

　　　　Plaintiffs RANDY GEEGAN, ROBERT GEEGAN, JENNIFER LAWSON, DENNIS THOMPSON; Jr., DANIEL THOMPSON, JOSH MCBRIDE, LARRY WALLACE, defendants CITY OF OAKLAND, et al., by and through their attorneys of record, hereby agree and stipulate that the presently set dates for expert and rebuttal expert disclosures (January 8th and January 18, 2007) be extended to March 28, 2007 and April 20, 2007, respectively, and that the presently set date for fact discovery cut-off (February 2, 2007) be extended to April 27, 2007.

///

///

1  IT IS SO STIPULATED.

2  DATED: January 29, 2007

3
4                           LAW OFFICE OF JOHN L. BURRIS

5              By: _____
                   BEN NISEMBAUM
6                  Attorney for Plaintiffs, RANDY GEEGAN, et al.

7

8  DATED: January 29, 2007

9                           JOHN A. RUSSO, City Attorney
                            RANDOLPH W. HALL, Chief Assistant City Attorney
10                          WILLIAM E. SIMMONS, Supervising Trial Attorney

11             By: _____
12                 Attorneys for Defendants, CITY OF OAKLAND, et al.

13

14  IT IS SO ORDERED.

15

16  Dated: January 31, 2007

17  _____

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA