<div style="text-align: left; font-weight: bold;">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEEGAN et al., | Case No. C-06-2569 MEJ |
| Plaintiffs, | ORDER RESETTING DATE FOR PRE-TRIAL CONFERENCE |
| vs. | |
| CITY OF OAKLAND et al., | |
| Defendants. | |

This matter is set for trial on August 6, 2007 and for a pre-trial conference on July 5, 2007. The Parties have jointly requested that the July 5, pre-trial conference be reset to July 12 at 10:00 a.m. and that additional pretrial filings, originally due on July 6, now be filed by July 13th. The Court hereby resets the above dates.

**IT IS SO ORDERED.**

Dated: June 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge