IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN; ROBERT GEEGAN; JENNIFER LAWSON; DENNIS THOMPSON, Jr.; DANIEL THOMPSON; JOSH MCBRIDE; and LARRY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants._____/ | Case No. C-06-2569 MEJ<br><br>ORDER SETTING DATE FOR STATUS CONFERENCE;<br>ORDER RESETTING PRETRIAL DATES |

The Court hereby sets a status conference in this matter for June 28, 2007, at 10:00 a.m., in Courtroom B. 450 Golden Gate Avenue, San Francisco, California.

The Court further ORDERS that all pretrial papers described in Federal Rule of Civil Procedure 26 (a)(3) and the joint pretrial conference statement which were due by June 22, 2007, shall now be due by July 2, 2007. Further, motions in limine which were due by June 22 are now due by July 2.

**IT IS SO ORDERED.**

Dated: June 21, 2007

MARIA-ELENA JAMES
United States Magistrate Judge