IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN et al., | Case No. C-06-2569 MEJ |
| Plaintiffs, | ORDER RESETTING DATES |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The Court held a status conference in this matter on June 28, 2007. Attorneys for the parties represented that settlement talks are ongoing. Therefore, the Court hereby resets the due dates for pretrial documents to July 12, 2007. Further, the Pretrial Conference in this matter is continued to July 26, 2007.

**IT IS SO ORDERED.**

Dated: June 28, 2007

MARIA-ELENA JAMES
United States Magistrate Judge