IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN et al., | No. C-06-2569 MEJ |
| Plaintiffs, | **ORDER VACATING PRETRIAL CONFERENCES AND TRIAL** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The Court is informed via Defendant's letter dated July 11, 2007, that this matter has been settled as to all parties. The Court is further informed that Counsel in the case will be exchanging settlement documents shortly. Therefore, good cause showing, the Court hereby vacates the pretrial conference scheduled for July 26, 2007, and all other pretrial and trial dates in this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2007

MARIA-ELENA JAMES
United States Magistrate Judge