JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising City Atty., SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520, Fax: (510) 238-6500
Email: wesimmons@oaklandcityattorney.org
X02833:419070

Attorneys for Defendants,
CITY OF OAKLAND, et al.


JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, SBN 222173
THE LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Ste. 1120
Oakland, California 94621
Telephone: (510) 839-5200,   Fax: (510) 839-3882

Attorneys for Plaintiffs,
RANDY GEEGAN, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GEEGAN; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. C06-02569 MEJ <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action as follows:

1) On July 11, 2007, Plaintiffs, Randy Geegan, et al., through their attorneys of record, and Defendants City of Oakland, et al., through their attorney of record, reached an agreement to the terms of the full and complete settlement of all disputes arising out of this lawsuit.

2) A term of the settlement is that plaintiffs dismiss the action with prejudice.

3) The parties hereto stipulate and agree that this lawsuit, and all causes of action, are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and respectfully request that the Court so order it.

IT IS SO STIPULATED.

DATED: October 3, 2007   LAW OFFICE OF JOHN L. BURRIS

By: _____
BEN NISEMBAUM
Attorney for Plaintiffs, RANDY GEEGAN, et al.

DATED: October 4, 2007   JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney

By: _____
Attorneys for Defendants, CITY OF OAKLAND, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 11, 2007

_____
MARIA ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James